# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-40931 TJT  
**Case Name:** SIMKO, CHRISTIAN R.  

**For Period Ending:** 03/31/2019

**Trustee Name:** (420030) Kenneth A. Nathan  
**Date Filed (f) or Converted (c):** 01/22/2019 (f)  
**§ 341(a) Meeting Date:** 02/27/2019  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE, BUILDING, LAND<br><br>7426 S Village Dr<br>Clarkston, MI 48346-0000<br>Oakland County<br>Condominium or cooperative,<br>joint tenants with full rights of survivorship<br>SEV $141,700 per 2018 Winter tax stmt.<br>Entire property value: $283,400.00 | 283,400.00 | Unknown | | 0.00 | Unknown |
| 2 | CARS, VANS, TRUCKS, SPORT UTILITY VEHICLES<br><br>2017 Ford F150<br>74000 miles<br>vehicle was repossessed and is scheduled for auction on 01/25/19.<br>Entire property value: $20,000.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br><br>Household goods and furnishings including 2 bedroom sets, flatware and silverware (no item exceeds $600 in value) | 550.00 | 0.00 | | 0.00 | FA |
| 4 | ELECTRONICS<br><br>2 tv's, i-pad, laptop | 650.00 | 0.00 | | 0.00 | FA |
| 5 | COLLECTIBLES OF VALUE<br><br>books | 50.00 | 0.00 | | 0.00 | FA |
| 6 | EQUIPMENT FOR SPORTS AND HOBBIES<br><br>2 pitching screens, 2 batting cage nets, softballs, golf clubs, ski's, | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHES<br><br>Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY<br><br>watches | 50.00 | 0.00 | | 0.00 | FA |
| 9 | CASH<br><br>Cash | 40.00 | 0.00 | | 0.00 | FA |
| 10 | DEPOSITS OF MONEY<br><br>Checking<br>PNC Bank #8761 | 426.31 | 0.00 | | 0.00 | FA |
| 11 | DEPOSITS OF MONEY<br><br>short term savings<br>PNC Bank #8788<br>$0 balance on date of filing | 0.00 | 0.00 | | 0.00 | FA |
| 12 | DEPOSITS OF MONEY<br><br>Long term savings<br>PNC Bank #8796<br>$0 balance on date of filing | 0.00 | 0.00 | | 0.00 | FA |
| 13 | DEPOSITS OF MONEY<br><br>Checking<br>PNC Bank #6979 | 18.03 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 19-40931 TJT  
**Case Name:** SIMKO, CHRISTIAN R.  
**Trustee Name:** (420030) Kenneth A. Nathan  
**Date Filed (f) or Converted (c):** 01/22/2019 (f)  
**§ 341(a) Meeting Date:** 02/27/2019  
**For Period Ending:** 03/31/2019  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | DEPOSITS OF MONEY<br>short term savings<br>PNC Bank #6987<br>$0 balance on date of filing | 0.00 | 0.00 | | 0.00 | FA |
| 15 | DEPOSITS OF MONEY<br>long term savings<br>PNC Bank #6995<br>$0 balance on date of filing | 0.00 | 0.00 | | 0.00 | FA |
| 16 | SECURITY DEPOSITS AND PREPAYMENTS<br>rent on business location<br>security deposit held by Alliance Equities | 2,200.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$309,084.34** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/19 Investigating Estate's interest in, and value of real property

**Initial Projected Date Of Final Report (TFR):** 12/31/2020  **Current Projected Date Of Final Report (TFR):** 12/31/2020

04/26/2019  
Date

/s/Kenneth A. Nathan  
Kenneth A. Nathan